JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIGI ARIEL FAIRCHILD-LITTLEFIELD, ) | CASE NO. ED CV 10-1601-AHM (PJW) |
| Petitioner, ) | |
| ) | J U D G M E N T |
| v. ) | |
| JAVIER CAVAZOS, ACTING WARDEN, ) | |
| Respondent. ) | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: November 1, 2012

**JS-6**

A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE