UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| GIGI ARIEL FAIRFIELD-LITTLEFIELD, | Case No. 5:10-cv-01601-ODW-JC |
|---|---|
| Petitioner, | |
| v. | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| J. CAVAZOS, | [DOCKET NOS. 49-51] |
| Respondent. | |

The Court has conducted the review required by 28 U.S.C. § 636 and accepts the findings, conclusions and recommendation of the Magistrate Judge reflected in the March 7, 2023 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation").

IT IS HEREBY FOUND AND ORDERED:

1. Petitioner's pending Rule 60(b) Motion and Addendum are construed to be a second or successive habeas corpus petition and are denied without prejudice for lack of jurisdiction because Petitioner has not obtained authorization from the United States Court of Appeals for the Ninth Circuit to file a second or successive petition with this Court.

///

2. Petitioner's Motion for Evidentiary Hearing and Appointment of Counsel is denied.

3. The Clerk shall serve copies of this Order on Petitioner and any counsel for Respondent.

IT IS SO ORDERED

DATED: _March 29, 2023

_____
HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE